IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 04-747C |
| v. | ) | Judge Sypolt |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)**

COMES NOW, Plaintiff, DRC, Inc. and hereby files this Notice of Dismissal without prejudice pursuant to F.R.C.P. 41(a)(1). Plaintiff DRC, Inc. understands that no Answer or Summary Judgment motion has been filed by the Defendant.

DATED this 30th day of April, 2004.

SMITH, CURRIE & HANCOCK LLP

By: ______________________
Karl Frederick Dix
(404) 582-8038
(404) 688-0671 – telecopier)

SMITH, CURRIE & HANCOCK LLP
2600 Harris Tower
233 Peachtree St. N.E.
Atlanta, GA 3030-1530

ATTORNEYS FOR PLAINTIFF DRC, INC.